# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY HOWARD, | Case No. 1:17-cv-152 |
| Plaintiff, | |
| vs. | Judge Timothy S. Black<br>Magistrate Judge Litkovitz |
| COMMISSIONER OF<br>SOCIAL SECURITY, | |
| Defendant. | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 22) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on July 16, 2018, submitted a Report and Recommendation. (Doc. 22). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) The final decision of the Commissioner of Social Security is **AFFIRMED**.

2) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED**.

Date: _____8/17/18_____   _____*Timothy S. Black*_____
Timothy S. Black
United States District Judge